# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD B. LAY

NO. 2022 KW 0723

**SEPTEMBER 26, 2022**

---

In Re:    Richard B. Lay, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-112033.

---

**BEFORE:   WELCH, HOLDRIDGE, AND LANIER, JJ.**

    **WRIT DENIED AS MOOT.** The records of the Washington Parish Clerk of Court's Office reflect that the district court acted on relator's motion to clarify and correct an illegal sentence on July 8, 2022.

**JEW**
**GH**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

DEPUTY CLERK OF COURT
FOR THE COURT